United States Courts
Southern District of Texas
FILED

*March 25, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No.** |
| | § | **4:26-cr-172** |
| **OLIVER MANZANO SANCHEZ** | § | |
| **aka Oliver Manzano** | § | |
| **aka Oliver Masano** | § | |
| **aka Oliber Manzano Sanchez** | § | |
| | | |
| **Defendant.** | | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about February 6, 2025, in the Houston Division of the Southern District of

Texas,

**OLIVER MANZANO SANCHEZ
aka Oliver Manzano
aka Oliver Masano
aka Oliber Manzano Sanchez**

defendant herein, an alien who previously had been denied admission, excluded, deported, and

removed from the United States, knowingly and unlawfully was present in the United States

when found in Houston, Texas, without having obtained consent before March 2003, from the

Attorney General of the United States to reapply for admission into the United States; and

without having obtained corresponding consent after February 2003, from the Secretary of the

Department of Homeland Security pursuant to 6 U.S.C.

§§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____
FOREPERSON OF THE GRAND JURY

JOHN G.E.MARCK
Acting United States
Attorney

By: _____
AMANDA ALUM
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax

2